```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FERMIN GONZALEZ, ABEL RIVAS, ABNER
SANCHEZ and JOSE TORRES individually and on         13 CV 04519 (JFB)(SIL)
Behalf of others similarly situated,

                        Plaintiffs,                 ORDER

        -against-

HITANO SERVICES, INC. (d/b/a Action Building
Services) and EDUARDO PEREZ,

                        Defendants.
-----------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 31 2015 ★
LONG ISLAND OFFICE

Upon the Affirmation of Scott R. Green, Esq. sworn to the 29th day of June, 2015, and upon all of the papers and proceedings heretofore had herein and following this Court's July 28, 2015 grant of leave for Rivkin Radler LLP to withdraw as counsel for defendants Hitano Services, Inc. (d/b/a Action Building Services) and Eduardo Perez (collectively "Defendants")

**IT IS ORDERED THAT**, Rivkin Radler LLP is granted a retaining and charging lien on Defendants' file in this matter in the absence of any opposition by Defendants.

Dated:   Uniondale, New York
         August 26, 2015
             31                    ENTER


                                   _____
                                   UNITED STATES DISTRICT COURT JUDGE

3249603 v1